UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:03-CR-74 |
| | ) | |
| SEAN BARBER | ) | |

## O R D E R APPOINTING COUNSEL

Before the Court is defendant's motion pursuant to 18 U.S.C. § 3582(c) [Doc. 482], and his motion to re-appoint counsel. [Doc. 481]. It is hereby **ORDERED** that the defendant's motion to appoint counsel is **GRANTED**, and the Court hereby appoints Robert L. Vogel, Esq., as counsel to assist the defendant in connection with all proceedings related to this motion.

In light of the Court's appointment of counsel, the United States need not respond to defendant's pending motion at this time. The United States shall file its response in accordance with the scheduling order to be issued by the Court.

SO ORDERED.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE